FILED
DEC 2 1 2012
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) 4:12CR00475 TIA |
| WALTER MCCLENDON, | ) |
| | ) |
| Defendant. | ) |

## MISDEMEANOR INFORMATION

### COUNT I

The United States Attorney charges that:

On or about October 31, 2012, within the Eastern District of Missouri,

**WALTER MCCLENDON,**

the defendant herein, did embezzle, steal, purloin, or knowingly and willfully convert to his use money of the United States or any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: defendant stole government funds in the amount of $628.20.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

*/s/ Anthony Franks*

ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200


UNITED STATES OF AMERICA            )
EASTERN DIVISION                    )
EASTERN DISTRICT OF MISSOURI        )


I, Anthony L. Franks, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Anthony Franks*

ANTHONY L. FRANKS

Subscribed and sworn to before me this 20th day of December 2012.

*James G. Woodward*
CLERK, U.S. DISTRICT COURT

By: _____
         DEPUTY CLERK